# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT BEHRENDS, et al.,<br>    Plaintiffs,<br>v.<br>JAKE ALEXANDER TAGGART, et al.,<br>    Defendants. | Case No.: 2:20-cv-00571-GMN-NJK<br>**Order**<br>(Docket Nos. 15, 16) |

Plaintiffs filed notices of deposition on the docket. Docket Nos. 15, 16. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket, unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: July 9, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE