# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT BEHRENDS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAKE ALEXANDER TAGGART, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-00571-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 30] |

Pending before the Court is Plaintiffs' motion to amend their complaint. Docket No. 30. On January 21, 2021, the parties filed a notice advising the Court that all claims in this case have been settled.

Accordingly, Plaintiffs' motion to amend their answer, Docket No. 30, is hereby **DENIED** without prejudice. Further, the parties shall file a stipulation of dismissal no later than March 23, 2021.

IT IS SO ORDERED.

Dated: January 22, 2021

                                                                         Nancy J. Koppe<br>                                                                    United States Magistrate Judge