# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT BEHRENDS, et al., | Case No.: 2:20-cv-00571-GMN-NJK |
| Plaintiffs, | **ORDER** |
| v. | |
| JAKE ALEXANDER TAGGART, et al., | |
| Defendants. | |

On January 21, 2021, the parties filed a notice of settlement of the instant matter. Docket No. 33.  The Court therefore ordered the parties to file a stipulation of dismissal no later than March 23, 2021.  Docket No. 34.  The parties failed to comply with the Court's order and did not request an extension of the deadline.  *See* Docket.

Accordingly, the Court hereby **ORDERS** the parties to file a stipulation of dismissal of the instant matter, no later than March 30, 2021.  Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: March 24, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE