RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:      (702) 839-1100
Facsimile:      (702) 839-1113
*Attorneys for Defendants,*
*Jake Alexander Taggart; Ferlin*
*Kearns Auto Transport, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT BEHRENDS and MELISSA KJELGAARD BEHRENDS, husband and wife, individually and on behalf of their minor children, JUSTIN BEHRENDS and COLTON BEHRENDS; ROSELYN KJELGAARD,<br><br>Plaintiffs,<br><br>vs.<br><br>JAKE ALEXANDER TAGGART; FERLIN KEARNS AUTO TRANSPORT, LLC,<br><br>Defendants. | Case No:  2:20-cv-00571-GMN-NJK<br><br>***STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*** |

IT IS HEREBY STIPULATED by and between BRADLEY L. BOOKE, ESQ. of the LAW OFFICE OF BRADLEY L. BOOKE, attorney for Plaintiffs, SCOTT BEHRENDS and MELISSA KJELGAARD BEHRENDS, husband and wife, individually and on behalf of their minor children, JUSTIN BEHRENDS and COLTON BEHRENDS; ROSELYN KJELGAARD and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendants, JAKE ALEXANDER TAGGART and FERLIN KEARNS AUTO TRANSPORT, LLC, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

1   IT IS FURTHER STIPULATED that any and all pending motions, oppositions, answers or

2   deadlines be vacated.

3   DATED: 1/27/21                    DATED: 3/24/21

4   **LAW OFFICES OF BRADLEY L. BOOKE**      **DENNETT WINSPEAR, LLP**

6   By *Bradley L. Booke*           By _BS mt for_ 9157
7   BRADLEY L. BOOKE, ESQ.          RYAN L. DENNETT, ESQ.
    Nevada Bar No. 2662             Nevada Bar No. 005617
    10161 Park Run Drive, #150      3301 N. Buffalo Drive, Suite 195
8   Las Vegas, Nevada  89145        Las Vegas, Nevada  89129
    Telephone: 702-241-1631         Telephone: 702-839-1100
9   Facsimile:  866-297-4863        Facsimile:  702-839-1113
    Brad.booke@lawbooke.com         rdennett@dennettwinspear.com
10  *Attorney for Plaintiffs*       *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated this 25 day of March, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

2